UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARK FITZHENRY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> SAFE STREETS USA LLC, a Delaware company, and TEKTIKS INNOVATIVE NETWORK USA INC., a New York company, <br><br> *Defendants*. | Case No. 19-80626-Civ-Middlebrooks/Brannon |

### JOINT STIPULATION REGARDING TRANSFER OF VENUE AND MOTION TO APPROVE STIPULATION

Plaintiff Mark Fitzhenry and Defendant Safe Streets USA LLC stipulate and agree as follows, and request that the Court approve this stipulation and transfer venue to the Eastern District of North Carolina, Western Division.

### RECITALS AND STIPULATION

WHEREAS, on August 7, 2019, Plaintiff filed an amended complaint dropping Defendant ADT and adding Defendant Tektiks.

WHEREAS, pursuant to 28 U.S.C. § 1404(a), in the interest of justice and for the convenience of the Plaintiff and Safe Streets consent to the transfer of this action to the Western Division of the Eastern District of North Carolina.

### MOTION TO APPROVE OF STIPULATION

The Court should approve Plaintiff's and Safe Streets's stipulation and transfer venue of this action to the Western Division of the Eastern District of North Carolina. Pursuant to 28 U.S.C. § 1404(a), the Court may transfer an action in the interest of justice and for the

convenience of the parties.  Here, the parties consent to the transfer because they agree that it is in the interests of justice and convenient to litigate this matter in the Western Division of the Eastern District of North Carolina where Defendant Safe Streets USA is headquartered.

Plaintiff and Safe Streets therefore request that the Court approve their stipulation and transfer this action to the Western Division of the Eastern District of North Carolina.

Respectfully submitted,

Dated:  August 16, 2019

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Counsel for Plaintiff Mark Fitzhenry
and all others similarly situated*

LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Safe Streets USA LLC*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

/s/ David M. Hawthorne
_____
DAVID M. HAWTHORNE; FBN 935174
david.hawthorne@lewisbrisbois.com
ftlemaildesig@lewisbrisbois.com
tracy.gowen@lewisbrisbois.com

DONE AND ORDERED in West Palm Beach, Florida this ___ day of August, 2019.

_____
Hon. Donald M. Middlebrooks
United States District Judge